DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SANDRA BRAVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>     v.<br><br>SANDRA BRAVO,<br><br>       Defendant. | NO. 1:08-cr-00082 SMS<br><br>WAIVER OF APPEARANCE AT STATUS CONFERENCE; ORDER<br><br>Time:<br>Judge: Hon. Sandra M. Snyder |

The undersigned defendant, Sandra Bravo, having been advised of her right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in her own defense, and to litigate all issues by either jury or court trial, hereby waives her right to be present in person in open court upon the hearing of any motion or other pre-trial or post trial proceeding in this cause, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, hereby requests the court to proceed during every absence of hers which the Court may permit pursuant to the waiver, and allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the

///

///

1  requirement of her appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P.
2  43(b)(3).
3        I declare under penalty of perjury that the foregoing is true and correct.
4        EXECUTED this 19th day of February, 2009, at Fresno, California.

                                           /s/  Sandra Bravo
                                        SANDRA BRAVO
                                        (Original signature maintained in file
                                          of Melody M. Walcott.)

AGREED BY COUNSEL:

 /s/  Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
SANDRA BRAVO

DATED: February  19 , 2009




**O R D E R**


IT IS SO ORDERED.

**Dated:   February 25, 2009**             /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE